# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEXANDER DAY et al,<br>　　　　　Plaintiff(s),<br>　v.<br>STATE FARM,<br>　　　　　Defendant(s). | CASE NO. C23-01961-KKE<br><br>ORDER EXTENDING INITIAL SCHEDULING DATES |

This matter comes before the court on the parties' joint request for a 30-day extension of the initial scheduling dates in the Court's Order, Dkt. No. 8.

The Court has reviewed the parties' request and ORDERS the initial scheduling dates be extended as follows:

| | |
|---|---|
| FRCP 26(f) Conference: | February 22, 2024 |
| Initial Disclosures: | March 7, 2024 |
| JSR and Discovery Plan: | March 14, 2024 |

Dated this 22nd day of January, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING INITIAL SCHEDULING DATES - 1