UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER DAY et al., <br>     Plaintiff(s), <br>  v. <br> STATE FARM, <br>     Defendant(s). | CASE NO. C23-01961-KKE <br><br> ORDER OF DISMISSAL |

THIS MATTER comes before the Court on the parties' stipulated motion to dismiss with prejudice. Dkt. No. 14. The Court GRANTS the motion.

It is hereby ORDERED, ADJUDGED, AND DECREED that all of the claims asserted in the above-entitled matter are hereby DISMISSED in their entirety with prejudice and without award of costs or fees to any party.

Dated this 25th day of September, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1